IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLEO BRIAN AUTRY (1), | ) | |
| WILLIAM TODD CHAMBERLAIN (2), | ) | |
| and DERIC TYRON HARPER (3), | ) | |
| Defendants. | ) | |

Upon the government's motion, consented to by the defendants, the court hereby amends the pretrial scheduling order previously entered in this case and extends the parties' deadlines as follows:

    1. The government shall have until July 30, 2014, to provide all discoverable evidence.

    2. Defendants shall have until August 29, 2014, to file any pretrial motions.

    3. Any responses to pretrial motions shall be filed by September 26, 2014.

Defendants' arraignment hearings are hereby continued to the court's October 14, 2014, criminal term in Greenville.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.

This 10th day of July 2014.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge