UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER GRANTING MOTION TO |
| v. ) | CONTINUE MARCH 8, 2016 |
| ) | SENTENCING HEARING |
| CLEO BRIAN AUTRY ) | |
| DERIC TYRON HARPER ) | |

This matter comes before the Court by motion of the United States to continue the March 8, 2016 sentencing hearing in the above-captioned matter. Counsel for the Defendants know of and consent to this motion. Accordingly, and for good cause shown in the motion, the Court hereby grants the motion. The sentencing hearing shall be continued to the Court's May 2016, term of Court.

    SO ORDERED this _____ day of _____, 2016.


_____
MALCOLM J. HOWARD
Senior United States District Judge