UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00128-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| CLEO BRIAN AUTRY | |

This matter is before the Court on the defendant's unopposed Motion to Amend the Conditions of the Order setting his conditions of pretrial release in this case, D.E. 13. Upon good cause shown and pursuant to 18 U.S.C. § 3145(a)(2), it is hereby ORDERED that the travel restriction condition noted at paragraph(7)(f) on page 2 of the release order is hereby lifted and that the defendant may now thus travel anywhere in the United States. All other contents and conditions set forth in the release order at D.E. 13 remain unchanged and in full force and effect.

SO ORDERED.

This ___ day February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MALCOLM J. HOWARD
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge