UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-128-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLEO B. AUTRY | SENTENCING MEMORANDUM |

Cleo B. Autry, by and through the undersigned, submits the following information to assist this Honorable Court in fashioning an appropriate sentence in this matter.

## Military Career Highlights

Sergeant First Class (SFC) Autry's redacted DD-214 (Certificate of Release or Discharge From Active Duty) (Attachment 1) and Enlisted Record Brief (ERB) (Attachment 2) describe his military service. Some very brief highlights follow.

1. SFC Autry has 24 years, 20 days of active service in the U.S. Army. He separated from Active Duty with an Honorable Discharge on July 31, 2015. See Attachment 1, Block 12.

2. SFC Autry signed his first enlistment contract for a delayed entry program on August 1, 1990 and entered active duty on July 11, 1991. See Attachment 1, Block 18. SFC Autry served most of his time stationed at Fort Bragg, NC. See Attachment 2, Section IX.

3. SFC Autry was promoted through the ranks quickly. See Attachment 2, Section III. There are no long delays between promotions, nor evidence of reductions in grade. This suggests that no

1

adverse personnel actions were taken against SFC Autry during his time in service. He was promoted to:

    PV2 (E-2) on 7/11/1991 (promoted on date he started active duty)
    PFC (E-3) on 9/1/1992
    SPC/CPL (E-4) on 1/1/1994
    SGT(E-5) on 3/1/1996
    SSG (E-6) on 11/25/1998
    SFC (E-7)(highest rank achieved) on 5/1/2003.

4.     SFC Autry's Primary Military Occupational Specialties were:

( a) "11C" - Indirect Fire Infantryman (1991 to 2001). He was a member of a mortar squad, section and platoon. The mortar has the most power and range of any weapon in an infantry unit. He mastered the 60 mm, 81 mm, and 120 mm mortars; employed crew serve automatic weapons; employed, fired and recovered antipersonnel and antitank mines; located and neutralized mines; carried out scout missions to spot enemy troops and gun locations; operated two-way radios and signal equipment to relay battle orders.

( b) "18F"/"18E" - Green Beret (2001 to Separation on July 31, 2015) - Special Forces Assistant Operations & Intelligence Sergeant ("18F") and Communications Sergeant ("18E"). He served in a 12-soldier unit known as a "Detachment", which has specific missions. They employ conventional and unconventional warfare tactics and strategies to collect intelligence and provide tactical guidance to the Detachment Commander, as well as other Army personnel. SFC Autry was language qualified in Spanish. See Attachment 2, SectionV.

5.     SFC Autry participated in nine (9) deployments overseas: seven in Afghanistan, one in Iraq, and one in Albania. See Attachment 1, Block 18 and Attachment 2, Section I. All but the deployment to Albania are classified as "Deployment Combat Duty". All Combat Deployments occurred post September 11, 2001 (post "911"), the day of the attacks on the World Trade Center,

the Pentagon, and the failed attack on the U.S. Capital. SFC Autry served a total of 41 months on "Deployment Combat Duty" during eight (8) separate Combat Deployments, post "911". See Attachment 1, Block 18 and Attachment 2, Section I. Please note that Section I of Attachment 2 is not large enough to record all of his deployments. All of his deployments are reflected in Attachment 1, Block 18.

6. SFC Autry completed at least 16 military education courses during 1995 - 2010. See Attachment 1, Blocks 14 and 18, and Attachment 2, Section VI.

7. SFC Autry earned at least 45 badges, awards and decorations during his military career. See Attachment 1, Blocks 13 and 18, and Attachment 2, Section VIII. His decorations include:

> Afghanistan Campaign Medal With Campaign Star (7th Award)
> Bronze Star Medal (6th Award)
> Defense Meritorious Service Medal
> Army Commendation Medal (2nd award)
> Army Achievement Medal (4th Award)
> Army Good conduct Medal (7th Award)
> Overseas Service Ribbon (6th Award)
> Kosovo Campaign Medal with Bronze Service Star
> NATO Medal (2nd Award)
> Combat Infantryman Badge
> Expert Infantryman Badge
> Special Forces Tab
> Military Free Fall Parachutist Badge
> Parachutist Badge
> Air Assault Badge

8. The undersigned cannot trace the origin of the following quote. It appears attributable to Prime Minister Winston Churchill, writer George Orwell, and a newspaper columnist Richard Grenier.

> *"People sleep peaceably in their beds at night only because rough men stand ready to do violence on their behalf."*

3

Respectfully submitted this 1st day of July, 2019.

        G. ALAN DuBOIS
        Federal Public Defender

        /s/ James A. Martin
        JAMES A. MARTIN
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        201 S. Evans Street, Suite 153
        Greenville, North Carolina 27858
        Telephone: 252-830-2620
        Fax: 252-830-2232
        E-mail: Tony_Martin@fd.org
        N.C. State Bar No. 22185
        LR 57.1 Counsel
        Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SUSAN B. MENZER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on July 1, 2019, using the CM/ECF system which will send notification of such filing to the above.

This the 1st day of July, 2019.

/s/ James A. Martin
JAMES A. MARTIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 S. Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Tony_Martin@fd.org
N.C. State Bar No. 22185
LR 57.1 Counsel
Appointed