## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) AUTRY, CLEO BRIAN | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER |
|---|---|---|

| 4a. GRADE, RATE OR RANK SFC | b. PAY GRADE E07 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY RALEIGH, NORTH CAROLINA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 0003SFABN GRP SP | b. STATION WHERE SEPARATED FORT BRAGG TC, NC 28310-5000 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED USAR CON GP (RET) 1600 SPEARHEAD DIVISION AVE, PT KNOX, KY 40122 | 10. SGLI COVERAGE | NONE |
|---|---|---|
| | AMOUNT: $ 400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)<br>18F4P W8 2B SF ASST OPS/INTEL SGT - 9 YRS 10 MOS//18E4P W8 2B SF COMMO SERGEANT - 23 YRS 9 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 1991 | 07 | 11 |
| | b. SEPARATION DATE THIS PERIOD | 2015 | 07 | 31 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0024 | 00 | 20 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0007 | 10 | 26 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2003 | 05 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)<br>AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR (7TH AWARD)//BRONZE STAR MEDAL (6TH AWARD)//DEFENSE MERITORIOUS SERVICE MEDAL//ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL (4TH AWARD)//JOINT MERITORIOUS UNIT AWARD (2ND AWARD)//MERITORIOUS UNIT//CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)<br>ADV NCO CRS (ANCOC), 14 WEEKS, 2003//AIR MOVEMENT OP, 2 WEEKS, 2005//BASIC NCO CRS (BNCOC), 7 WEEKS, 2001//COMBATIVES LEVEL 1, 1 WEEK, 2009//COMMUNICATIONS SERGEANT CRS, 43 WEEKS, 2001//INTEL SPT PERS RECOV, 1 WEEK, 2010//INTELLIGENCE COURSE, 11 WEEKS, 2005//MILITARY MOBILE//CONT IN BLOCK 18 |
|---|---|

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | X |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

| 18. REMARKS |
|---|
| IMMEDIATE REENLISTMENTS THIS PERIOD -- 19910711-19930826, 19930827-19941226, 19941227-19970625, 19970626-20030203//SUBJECT TO ACTIVE DUTY RECALL BY THE SECRETARY OF THE ARMY//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 19900801-19910710//SOLDIER PRESENTED US FLAG//EXTENSION OF SERVICE WAS AT THE REQUEST AND FOR THE CONVENIENCE OF THE GOVERNMENT//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20110110-20111020//SERVICE IN AFGHANISTAN 20090710-20100206//SERVICE IN AFGHANISTAN 20071011-20080525//SERVICE IN AFGHANISTAN//SEE ATTACHED CONTINUATION SHEET |
| The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - Include ZIP Code) |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) NC OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC). | X | YES | NO |

| 21.a. MEMBER SIGNATURE SIGNED BY: AUTRY.CLEO.BRIAN.1052944755 | b. DATE (YYYYMMDD) 20150423 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) SIGNED BY: MCDOWELL.RONALD.LEROY.1119855566<br><br>RONALD L MCDOWELL, HR ASST, SUPERVISOR | b. DATE (YYYYMMDD) 20150424 |
|---|---|---|---|

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION RETIREMENT | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAP 12 | 26. SEPARATION CODE RBD | 27. REENTRY CODE 4R |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION SUFFICIENT SERVICE FOR RETIREMENT |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) CBA |
|---|---|

DD FORM 214, AUG 2009   PREVIOUS EDITION IS OBSOLETE.   MEMBER - 4
GENERATED BY TRANSPROC

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (Continuation Sheet)
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| AUTRY, CLEO BRIAN | ARMY/RA | |

(Specify the item number of the block continued for each entry)////////////////////////////////////////////
CONT FROM BLOCK 18: 20060801-20070316//SERVICE IN AFGHANISTAN 20040619-20041130//SERVICE
IN AFGHANISTAN 20031110-20040131//SERVICE IN IRAQ 20030325-20030501 // SERVICE IN
AFGHANISTAN 20020123-20020420// SERVICE IN ALBANIA 19990415-19990922//CONT FROM BLOCK 13:
COMMENDATION//VALOROUS UNIT AWARD//ARMY SUPERIOR UNIT AWARD//ARMY GOOD CONDUCT MEDAL (7TH
AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//IRAQ CAMPAIGN MEDAL W/ ARROWHEAD//
GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//
HUMANITARIAN SERVICE MEDAL (2ND AWARD)//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT
RIBBON (3RD AWARD)//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (6TH AWARD)//KOSOVO
CAMPAIGN MEDAL W/ BRONZE SERVICE STAR//NATO MEDAL (2ND AWARD)//COMBAT INFANTRYMAN BADGE//
EXPERT INFANTRYMAN BADGE//SPECIAL FORCES TAB//MILITARY FREEFALL PARACHUTIST BADGE//
PARACHUTIST BADGE//AIR ASSAULT BADGE//CONT FROM BLOCK 14: FORCE PROTECTION CRS, 1 WEEK,
2005//OPS/NTL CRSPCL, 3 WEEKS, 2005//PERSON RECOV JNT COORD, 1 WEEK, 2010//PR LDRSHP DEV
CRS, 4 WEEKS, 1995//SERE (HIGH RISK), 3 WEEKS, 2001//SPANISH BASIC MIL LANG, 14 WEEKS,
2001//NOTHING FOLLOWS

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: AUTRY.CLEO.BRIAN.1052944 755 | 20150423 | ESIGNED BY: MCDOWELL.RONALD.LEROY.1119855566 RONALD L MCDOWELL, HR ASST, SUPERVISOR | 20150424 |

| DD FORM 214C, AUG 2009 | GENERATED BY TRANSPROC | MEMBER - 4 |