# ENLISTED RECORD BRIEF

| BRIEF DATE | NAME | RANK - DOR | | PMOS | SSN | COMPONENT |
|---|---|---|---|---|---|---|
| 20101016 | AUTRY, CLEO BRIAN | SFC | 20030501 | 18F | | REGULAR |

## SECTION I – Assignment Information

| OS/Deployment Combat Duty | | | | | #S - 4 |
|---|---|---|---|---|---|
| Start-End Date | CT | MO | TS | TT | #L - 1 |
| 20090710-20100206 | AF | 7 | 1 | C | |
| 20071011-20080526 | AF | 8 | 1 | C | |
| 20060801-20070316 | AF | 8 | 1 | C | |
| 20050101-20050330 | ET | 3 | 1 | S | |
| 20040619-20041130 | AF | 6 | 1 | C | |
| 20031110-20040131 | AF | 3 | 1 | C | |
| | | | | | TOT: 44 |

Dwell Time
Start 20100206
Month - Days  8 Mo 13 Days

DEROS
DROS 19981005

Date Dependents Arrived OS
PMOS 18F  SQI  PO
SMOS  PDSI/YRMO /
Bonus MOS 18E  ASI  W8 2B
Bonus Enlist Elig Dt  20150701
Promotion Points/YRMO
Prev Promotion Points/YRMO
Prom Seq#  Prom Select Dt
Promotion MOS

ASVAB  Test # / Dt  GST V1 / 19910801
GT 100  ELEC 96  FOOD 101  TECH 104
ADMIN 108  FA 109  COMMO 101
CMBT 102  MECH 96  MAINT 97
Delay Separation Reason
AEA / Dt  L/
Flag Code  Flag Start Dt  Flag Expiration Dt

## SECTION II – Security Data

| PSI Status | TS-SCI | Fld Det PS Stat | NONE |
|---|---|---|---|
| PSI Invest INIT | | 19950828 | |
| PSI Invest Compl | | 20090114 | |

## SECTION V – Foreign Language

| Language | Read | Listen | Speak |
|---|---|---|---|
| SPANISH | 06 | 06 | 10 |

DLAB

## SECTION VI – Military Education

MEL/MES SLC/GRADUATED

| Course | Year |
|---|---|
| INTEL SPT PERS RECOV | 2010 |
| PERSON RECOV JNT COORD | 2010 |
| COMBATIVES LEVEL 1 | 2009 |
| FREE FALL PARACHUTIST | 2005 |
| AIR MOVEMENT OP | 2005 |
| SP FR OPS/NTL CRSPCL | 2005 |
| SR LDR CRS (SLC) | 2003 |
| SP FORCES QUAL CRSE | 2001 |
| SERE (HIGH RISK) | 2001 |
| SPANISH BASIC MIL LANG | 2001 |
| ADV LDR CRS (ALC) | 2001 |
| INF MORTAR LDR CRS | 1997 |
| RANGER INDOCTRIN PROG | 1996 |
| LIGHT INFANTRY LDRS | 1996 |
| WARRIOR LEADER CRS | 1995 |
| AIR ASSAULT | 1995 |
| BMQ | |
| Correspondence CRS Total # Hrs 397 | |

## SECTION III – Service Data

| BASD 19910711 | PEBD 19910711 | BESD 19910711 |
|---|---|---|
| ETS 20170731 | DIEMS 19900801 | Reenl Elig/Prohib 10 |
| # Days Lost | AGCM Dt 20090710 | AGCM Elig Dt 20120710 |

| | PVT | PV2 | PFC | SPC - CPL |
|---|---|---|---|---|
| DOR | | 19910711 | 19920901 | 19940101 |
| | SGT | SSG | SFC | MSG - 1SG |
| DOR | 19980301 | 19981125 | 20030501 | |
| | SGM - CSM | | | |
| DOR | | | | |

## SECTION VII – CIVILIAN Education

Level Completed 4 YRS HS  Yr 1991
DESG HIGH SCHOOL DIPLOMA
Institution  Yr
Discipline
Institution  Yr
Discipline
Number Of Semester Hours Completed  8

Technical Certification
| Course Name | Dt Certified | Dt Expires |
|---|---|---|

## SECTION VIII – Awards and Decorations

| BSM | 6 | OSR | 1 |
| DMSM | 1 | NATOMDL | 2 |
| ARCOM | 2 | | |
| AAM | 4 | SP-FR-TB | 1 |
| JMUA | 2 | CIB | 1 |
| MUC | 1 | EIB | 1 |
| ASUA | 1 | MFFPBDB | 1 |
| AGCM | 6 | PRCHTBAD | 1 |
| NDSM | 2 | AIR ASLT | 1 |
| KCMBSS | 1 | | |
| ACM-CS | 1 | | |
| ICMAD | 1 | | |
| GWTEM | 1 | | |
| GWTSM | 1 | | |
| HSM | 2 | | |
| NOPDR | 3 | | |
| ASR | 1 | | |

## SECTION IV – Personal/Family Data

| Date of Birth: | Birthplace |
|---|---|
| Country of Citz US | Sex/Race MALE / BLACK |
| No of Dependent Adults/Children | Religion METH CH |
| Marital Status MARRIED | Spouse Birthplace/Citz /US |
| PULHES 111111 | Height/Weight 71/190 |
| EFMP Dt | #Cmd Sponsored 0 |
| Physical Category A | APFT Dt P/F Score 200706/PASSED/300 |
| Last Physical Exam 20100405 | MMRB Results/Dt |

Home of Record
SPRING LAKE, NC
Mailing Address:

Mil Spouse SSN/MPC
Svc Comp / DoD
Emergency Data Verified Date 20100413

## SECTION X - Remarks

HIV YRMO 201004
RGMT AFL 0001SF
Date Last Photo 200807

Date of Loss  Date of Last PCS 20010820  Date of Last NCOER 20090430

## SECTION IX – Assignment Information

| ASGT | FROM | MO | UNIT NO | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS | ASI | LANG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROJ | | | | | | | | | | | |
| Current | 20090421 | | WHQNB0 | 030003SFSF GRP B CO | FT BRAGG | US | SP | OPNS/INTEL SGT | 18F4O | 2S | FR |
| 1st Prev | 20080801 | | WHQNT0 | 030003SFSF GRP C DET | FT BRAGG | US | SP | OPNS/INTEL SGT | 18F4O | 2S | FR |
| 2nd Prev | 20080701 | | WHQNT0 | 030003SFSF GRP C DET | FT BRAGG | US | SP | OPNS/INTEL SGT | 18F4O | 2S | FR |
| 3rd Prev | 20050921 | 22 | WHQNA0 | 030003SFSF GRP A CO | FT BRAGG | US | SP | OPNS/INTEL SGT | 18F4O | 00 | FR |
| 4th Prev | 20031223 | 16 | WHQNA0 | 030003SFSF GRP A CO | FT BRAGG | US | SP | COMMO CHIEF | 18E4O | 00 | FR |
| 5th Prev | 20010401 | 7 | W1E04C | A CO 3 BN 3D SFG | FT BRAGG | US | SP | SPECIAL FORCES COMM SGT | 18E3O | 00 | YY |
| 6th Prev | 20000424 | 17 | W1E02F | HHC STU 1 BN 1 SPWT G | FT BRAGG | US | SP | MORTAR SECTION SERGEANT | 11C3O | 00 | YY |
| 7th Prev | 19980301 | 15 | WABVT0 | A CO 020505INBN HHC | FT BRAGG | US | FC | MORTAR SECTION SERGEANT | 11C3O | 00 | YY |
| 8th Prev | 19960601 | 17 | WABVT0 | 020505INBN HHC | FT BRAGG | US | FC | FIRE DIRECTION CTR COMPU | 11C2O | 00 | YY |
| 9th Prev | 19950223 | 0 | WC3CAA | 0082AGHHD, PSB | FT BRAGG | US | FC | FIRE DIRECTION CTR COMPU | 11C2O | 00 | YY |
| 10th Prev | 19940608 | 19 | W3RB35 | USARHAW REPL D | SCHOFIELD | US | P1 | | 11C1O | 00 | YY |
| 11th Prev | 19920515 | 25 | WAD8T0 | AR RGT 3D HHT | FT HOOD | US | FC | | 11C1O | 00 | YY |
| 12th Prev | 19960813 | 44 | W4H235 | | | | | | 11C2O | 00 | YY |